IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **PROGRESSIVE DIRECT INSURANCE COMPANY,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:14cv712-MHT (WO) |
| **JUANITA MATHIS and CHRISTOPHER L. HENDERSON,** | ) ) ) | |
| Defendants. | ) | |

## ORDER

In light of the amended complaint (doc. no 14), it is ORDERED that the motion to dismiss (doc. no. 6) is denied with leave to renew.

DONE, this the 30th day of March, 2015.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**